IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHNNIE C. ROBINSON,

    Petitioner,

vs.                                    CASE NO. 4:07cv35-SPM/WCS

JAMES R. MCDONOUGH,

    Respondent.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 15) dated December 5, 2007. Petitioner has filed objections (doc. 16). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted despite the objections.

As explained in the magistrate judge's report and recommendation, this court lacks jurisdiction to consider a challenge to Petitioner's conviction for possession of drug paraphernalia because the petition was filed after the sentence had completely expired. Maleng v. Cook, 490 U.S. 488 (1989).

As for Petitioner's conviction for simple possession of cocaine, the circumstantial evidence at trial established that Petitioner resided in the house in

the northwest bedroom where crack and powder cocaine were found in a dresser.  The evidence also established that Petitioner was the only one living in the bedroom and the only one using the dresser.  As explained in the magistrate judge's report and recommendation, the evidence presented at Petitioner's trial was sufficient for a rational trier of fact to find beyond a reasonable doubt the elements of simple possession.  The state court's determination to uphold Petitioner's conviction for simple possession is not based on an unreasonable determination of the facts; nor does it violate clearly established Federal law as determined by the Supreme Court of the United States.  Accordingly, it is

ORDERED AND ADJUDGED:

1.     The report and recommendation (doc. 15) is adopted and incorporated by reference in this order.

2.     The § 2254 petition (doc. 5) is denied.

DONE AND ORDERED this 15th day of April, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge